**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7931

WILLIE J. WILLIAMS,

Plaintiff - Appellant,

versus

OFFICER TRICE; OFFICER LAWLER; LIEUTENANT
BAKER; NURSE LOCKIDY,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-05-320)

Submitted: May 31, 2006                Decided: June 26, 2006

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie J. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie J. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. Trice, No. CA-05-320 (W.D.N.C. Nov. 3, 2005). We also deny Williams' motion for removal to another facility until his appeal is final. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED